Clear Form

1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9
10 SEAN PATRICK MICCO )
               ) CASE NO. 3:18-cv-05513
11             )
        Plaintiff, ) **APPLICATION TO PROCEED**
12             ) **IN FORMA PAUPERIS**
    vs.        ) **(Non-prisoner cases only)**
13 COMMISSIONER OF SOCIAL )
   SECURITY ADMINISTRATION
14
               Defendant. )
15 _____ )

16    I, __SEAN PATRICK MICCO__, declare, under penalty of perjury that I am the plaintiff
17 in the above entitled case and that the information I offer throughout this application is true and
18 correct. I offer this application in support of my request to proceed without being required to
19 prepay the full amount of fees, costs or give security. I state that because of my poverty I am
20 unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.
21    In support of this application, I provide the following information:
22 1.   Are you presently employed?                    Yes ___ No ✓
23 If your answer is "yes," state both your gross and net salary or wages per month, and give the
24 name and address of your employer:
25 Gross: _____ Net: _____
26 Employer: _____
27 _____
28 If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

5  2.     Have you received, within the past twelve (12) months, any money from any of the
6 following sources:

7    a.   Business, Profession or           Yes ___  No ✓
8         self employment?

9    b.   Income from stocks, bonds,        Yes ___  No ✓
10        or royalties?

11   c.   Rent payments?                    Yes ___  No ✓

12   d.   Pensions, annuities, or           Yes ___  No ✓
13        life insurance payments?

14   e.   Federal or State welfare payments, Yes ✓  No ___
15        Social Security or other govern-
16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 I receive $654 monthly as "General Assistance" from Alameda County Social Services, as
20 well as $192 in the form of supplemental nutritional benefits or "Food Stamps."

21  3.     Are you married?                  Yes ___  No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26  4.  a. List amount you contribute to your spouse's support:$ _____
27     b. List the persons other than your spouse who are dependent upon you for support
28        and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1         children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4  5.    Do you own or are you buying a home?     Yes ____ No __✓__

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile?     Yes ____ No __✓__

7 Make _____ Year _____ Model _____

8 Is it financed? Yes ____ No ____ If so, Total due: $_____

9 Monthly Payment: $_____

10  7.    Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s):  $_____

14 Do you own any cash? Yes __✓__ No ____ Amount: $ 20 (approximately)

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)     Yes ____ No __✓__

17 _____

18  8.    What are your monthly expenses?

19 Rent: $ 550     Utilities: N/A

20 Food: $ 200 (Approximately)     Clothing: N/A

21 Charge Accounts:

22 Name of Account    Monthly Payment    Total Owed on This Account

23 _____ $_____ $_____

24 _____ $_____ $_____

25 _____ $_____ $_____

26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 I may have unpaid medical bills, but I am not sure and don't know how to find out.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_8/13/2018_  _[signature]_
DATE  SIGNATURE OF APPLICANT