UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK MICCO,<br><br>Plaintiff.<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY,<br><br>Defendant. | Case No. 18-cv-05513-SK<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Regarding Docket No. 2 |

Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: September 10, 2018



SALLIE KIM
United States Magistrate Judge