UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK MICCO,<br><br>       Plaintiff,<br><br>    v.<br><br>COMMISSIONER SOCIAL SECURITY,<br><br>    Defendant. | Case No. 18-cv-05513-SK<br><br>**SCHEDULING ORDER**<br>**(SOCIAL SECURITY REVIEW ACTION)**<br><br>Re: Dkt. Nos. 18-5513 |

TO PARTIES AND COUNSEL OF RECORD IN THE ABOVE ACTION:

The above action seeks review of a decision by the Commissioner of Social Security denying plaintiff Social Security payments. The parties are reminded that the Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record, and whether the Commissioner complied with the requirements of the Constitution and the Social Security Act and administrative regulations in reaching the decision reviewed. 42 U.S.C. § 405(g).

Pursuant to Civil L.R. 16-5, the following schedule will apply in this case:

1. Defendant shall serve and file an answer, together with a certified copy of the transcript of the administrative record, within 90 days of receipt of service of the summons and complaint.

2. Plaintiff shall serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer.

3. Defendant shall serve and file any opposition or counter-motion within 28 days of service of plaintiff's motion.

4. Plaintiff may serve and file a reply within 14 days of service of defendant's opposition or counter-motion.

5. Unless the court orders otherwise, upon conclusion of this briefing schedule, the matter will be deemed submitted for decision without oral argument.

                                                FOR THE COURT:
                                                Susan Y. Soong, CLERK

                                                By: _____
                                                Betty Walton, Deputy Clerk